SEALED

FILED

Jan 26   10 56 AM '15

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: |
| | ) | 2:15-mj-00043-VCF |
| **JOSE ROGLIO FLOREZ**, | ) | |
| Defendant. | ) | |

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint, together with the Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 26ᵀᴴ day of _____, 2015.



UNITED STATES MAGISTRATE JUDGE